FILED'11 APR 19 08:04USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLARENCE JONES,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

        Defendant.

Civil No. 09-CV-645-AA

PROPOSED ORDER

Based upon the Stipulation of the parties, it is hereby ordered that EAJA attorney's fees of $7,000.00 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not offset under the Department of the Treasury's Offset Program, then the check for EAJA fees payable to Plaintiff shall be mailed to Plaintiff's attorney, as follows:

**Phyllis Burke**
**Attorney at Law**
**3800 N.E. Sandy Blvd.**
**Ste. 226**
**Portland, Oregon 97232.**

IT IS SO ORDERED this _19_ day of ~~March~~ April, 2011.

_____
United States District Judge

ORDER